UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-50 (SRN/EMB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SILK LAMOND DAVIS, )<br>)<br>Defendant. ) | **ORDER** |

This matter is before the Court on the Government's Motion to Unseal the Indictment in this case.  NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

Dated: February 25, 2026          *s/John F. Docherty*
                                  JOHN F. DOCHERTY
                                  United States Magistrate Judge