IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | COURT MINUTES - CRIMINAL |
| --- | --- | --- |
| | ) | BEFORE: ELSA M. BULLARD |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-cr-50 (SRN/EMB) |
| | ) | Date: March 6, 2026 |
| Silk Lamond Davis, | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 9W |
| | ) | Time Commenced: 11:03 a.m. |
| | ) | Time Concluded: 11:12 a.m. |
| | ) | Time in Court: 9 minutes |

**X DETENTION HEARING**      **X ARRAIGNMENT**

APPEARANCES:

Plaintiff: Raphael Coburn, Assistant U.S. Attorney
Defendant: Frederick Clayton Tyler      X Retained
and Dan Huddleston      X FPD   X To be appointed

On   X Indictment

X Defendant moves for continuance of detention hearing and arraignment.  X Granted.
X Defendant will remain in USMS custody pending next hearing.

Next appearance date is Wednesday, March 11, 2026 at 2:30 p.m. before U.S. Magistrate Judge Shannon G. Elkins in Courtroom 9E for:
   X Detention hrg        X Arraignment

Additional Information:
[19] MOTION for Withdrawal as Counsel by F. Clayton Tyler by Silk Lamond Davis.  X Granted.

_____*s/ms*_____
Signature of Criminal Duty Clerk